IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN ALBERTO LUNA ALMONTE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, ET AL. | : | NO. 26-3882 |

## ORDER

**AND NOW**, this 27th day of July, 2026, the Government having certified its compliance with Paragraph 3 of our Order dated June 18, 2026 (see Docket Nos. 7, 8), and Petitioner having failed to file a motion for costs and fees pursuant to the EAJA, **IT IS HEREBY ORDERED** that the Clerk shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.